05-15-00490-CV

ACCEPTED
05-15-00490-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 10:10:23 AM
LISA MATZ
CLERK

No. _____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 10:10:23 AM
LISA MATZ
Clerk

IN THE
FIFTH COURT OF APPEALS
DALLAS, TEXAS

W. DAVID HOLLIDAY
Appellant

v.

GREG WEAVER and WENDY WEAVER
Appellees

On Appeal from the
County Court at Law No. 3
Dallas County, Texas

DOCKETING STATEMENT

TO THE HONORABLE FIFTH COURT OF APPEALS

W. David Holliday, Appellant here and Defendant below, files this docketing statement pursuant to Texas Rule of Appellate Procedure 32.

1. Appellant, W. David Holliday, is an attorney, pro se, State Bar No. 09877300, 4627 North Central Expressway, Dallas, Texas 75205, Telephone 214.361.8941. Facsimile 214.363.7734.

2. Appellant's Notice of Appeal was filed in the Trial Court on April 15, 2015, a true and correct, file-stamped copy of which is attached hereto and filed herein.

3. This case is appealed from the County Court at Law No. 3, sitting in Dallas County, Texas. Judge Sally Montgomery presided over the Remand of the case from this Court of Appeals that resulted in the Amended Final Judgment signed on March 16, 2015, from which the appeal is taken.

4. The names of all parties to the trial court's Amended Final Judgment, and their lead counsel are listed below:

DOCKETING STATEMENT

(a) Greg Weaver, plaintiff, represented by Mark A. Ticer and Jennifer W. Johnson, 4144 N. Central Expressway, Suite 1255, Dallas, Texas 75204, Telephone 214.219.4220, Facsimile 214.219.4218.

(b) Wendy Weaver, plaintiff, represented by Mark A. Ticer and Jennifer W. Johnson, 4144 N. Central Expressway, Suite 1255, Dallas, Texas 75204, Telephone 214.219.4220, Facsimile 214.219.4218.

5. This case results from a Mandate issued by this Court of Appeals commanding the Trial Court to calculate court costs and interest on a judgment in the amount of $10,786.84 for breach of fiduciary duty.

6. Appellant has requested a clerk's record.

7. Appellant has requested a reporter's record. The trial court's hearing was electronically recorded.

8. The name of the court reporter is Janet E. Wright.

9. Appellant does not intend to seek temporary or ancillary relief while the appeal is pending.

10. Appellant does not intend to file any affidavit of indigence, and

11. Appellant does not intend to file a supersedes bond.

Respectfully submitted,

W. David Holliday
State Bar No. 098773008330
4627 North Central Expressway
Dallas, Texas 75205
Telephone:    214.361.8941
Facsimile:    214.363.7734
holliday@williamhollidayattorney.com
Appellant Pro-se

## CERTIFICATE OF SERVICE

On the 16th day of April, 2015, a true and correct copy of Docketing Statement was electronically served/faxed to Mark A. Ticer and Jennifer W. Johnson,

4144 N. Central Expressway, Suite 1255, Dallas, Texas 752204, Plaintiffs' counsel of record.

_____
W. David Holliday

FILED
4/15/2015 4:03:51 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Cause No. CC-07-07953-C

| | | |
|---|---|---|
| GREG WEAVER AND WENDY WEAVER, | § | IN THE COUNTY COURT |
| Plaintiffs, | § | |
| | § | |
| vs. | § | AT LAW NO. 3 |
| | § | |
| W. DAVID HOLLIDAY, | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant, W. David Holliday, under the authority of Rule 25, Texas Rules of Appellate Procedure, hereby files this notice of appeal.

I.

The County Court at Law No. 3 of Dallas County, Texas, signed the *Amended Final Judgment* in the above-entitled and numbered cause on March 16, 2015.

II.

From this final judgment, W. David Holliday desires to appeal to the Fifth District Court of Appeals, sitting in Dallas.

III.

The deadline for perfecting an appeal from the *Amended Final Judgment* is 30 days after the judgment is signed, pursuant to Rule 26.1 Texas Rules of Appellate Procedure.

Respectfully submitted,

W. David Holliday
State Bar No. 09877300833D
4627 North Central Expressway
Dallas, Texas 75205
Telephone:     214.361.8941
Facsimile:      214.363.7734
holliday@williamhollidayattorney.com
Defendant Pro-se

Notice of Appeal

## CERTIFICATE OF SERVICE

On the 15th day of April, 2015, a true and correct copy of Notice of Appeal was electronically served/faxed to Mark A. Ticer, 4144 N. Central Expressway, Suite 1255, Dallas, Texas 75204, Plaintiffs' counsel of record, with a copy filed with the Fifth District Court of Appeals, sitting in Dallas.

W. David Holliday